IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WENDELL LEONARD CRUSE,

    Plaintiff,

v.           CIVIL ACTION NO. 3:17-0485

ERNIE BLACKBURN, Sgt. Huntington
W.Va. Police Dept. #125 and
PAUL MATOVICH, Cpl. Huntington
W.Va. Police Dept. #418,

    Defendants.

## ORDER

Pending is Plaintiff's Motion to Provide Documents Without Prepayment of Fees. ECF No. 117. Rule 5.2 of this Court's Pro Se Handbook provides that "[p]ro se litigants proceeding without prepayment of fees and costs are not exempt from other fees and costs in their action, including but not limited to copying and witness fees." The rule further states that

> [i]t is important to realize that, even though you believe you cannot afford to pay for copies of documents, neither the Court nor the Clerk's Office can make copies for you free of charge. Therefore, even if you are proceeding with an action without prepayment of fees and costs, copies of documents in the file of your action cannot be provided to you by the Clerk's Office without a charge of $0.50 per page, which must be paid in advance.

Based upon this rule, the Motion is **DENIED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:     April 2, 2020

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE